ACCEPTED
04-13-00278-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/6/2015 9:58:20 AM
KEITH HOTTLE
CLERK

APPEAL NO.  04-13-00278-CV

_____

**IN THE COURT OF APPEALS
FOR THE FOURTH DISTRICT OF TEXAS
AT SAN ANTONIO, TEXAS**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
8/6/2015 9:58:20 AM
KEITH E. HOTTLE
Clerk

_____

**PEACOCK HOSPITALITY, INC., D/B/A HOLIDAY INN EXPRESS-BURNET**

**Appellant**

**V.**

**BIPIN PATEL, and MAHADEV, LLC**

**Appellees**

_____

**APPELLANT PEACOCK HOSPITALITY, INC., D/B/A HOLIDAY INN EXPRESS-BURNET'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING**

_____

**Harvey G. Joseph**
Law Offices of Harvey G. Joseph
State Bar No. 11027850
P.O. Box 810485
Dallas, Texas 75381-0485
(214)769-6078 (telephone)
(214)426-1246 (facsimile)
**ATTORNEY FOR APPELLANT
PEACOCK HOSPITALITY, INC.,
D/B/A HOLIDAY INN
EXPRESS-BURNET**

**John L. Hubble**
Hubble & Pistorius
State Bar No. 10144650
8350 N. Central Expwy., Ste. 1310
Dallas, Texas 75206
(214)361-1262 (telephone)
(214)373-3455 (facsimile)
**ATTORNEY FOR APPELLANT
PEACOCK HOSPITALITY, INC.,
D/B/A HOLIDAY INN
EXPRESS-BURNET**

**TO THE HONORABLE COURT OF APPEALS:**

COMES NOW Peacock Hospitality, Inc. d/b/a Holiday Inn Express-Burnet (Peacock Hospitality") and, pursuant to Texas Rule of Appellate Procedure 49.8 and 10.5(b), files its Motion for Extension of Time to file Motion for Rehearing and in support thereof would respectfully show the following:

1.      A panel of this court issued a Memorandum Opinion on July 22, 2015 affirming the judgment of the trial court. Lead trial and appellate counsel John Hubble was out of the country on July 22, 2015 and did not return until July 27, 2015. Please see the attached affidavit of John Hubble attached to this Motion as Exhibit A.

2.      The Motion for Rehearing in currently due to be filed on August 6, 2015. Appellant is asking for a 15 day extension of time or until August 21, 2015 to file its Motion for Rehearing. Counsel for Appellee is not opposed to the granting of this Motion.

3.      Good cause exists to grant this Motion because Lead trial and appellate counsel John Hubble, in addition to being out of the country from July 22 to July 27, 2015, is currently out on a family vacation from August 1 to August 9, 2015, planned and partially paid for long before a Motion for Rehearing became necessary. Please see the attached affidavit of John Hubble attached to this Motion as Exhibit A. Furthermore, in order to prepare an adequate Motion that addresses in full the one key issue which Appellant believes this court has misunderstood or misconstrued, requires more time

1

then Appellant's lead counsel would have if this Motion is not granted. This Motion is not sought for delay but so that Appellant has a full opportunity to attempt to present to this court the key issue of why Appellant believes the court's July 22, 2015 opinion is in error.

WHEREFORE, PREMISES CONSIDERED, Appellant Peacock Hospitality Inc., d/b/a/ Holiday Inn Express- Burnet respectfully prays that this Motion be granted and Appellant's Motion for Rehearing be due on or before August 21, 2015.

Respectfully submitted,

/s/ John L. Hubble
John L. Hubble
State Bar No. 10144650

Hubble & Pistorius
8350 N. Central Expwy., Ste. 1310
Dallas, Texas 75206
(214)361-1262 (telephone)
(214)373-3455 (facsimile)
johnhubble@hubblelaw.com

Harvey G. Joseph
State Bar No. 11027850

Law Offices of Harvey G. Joseph
P.O. Box 810485
Dallas, Texas 75381-0485
(214)769-6078 (telephone)
(214) 426-1246 (facsimile)
hjoseph197@aol.com

Attorneys for Appellant

Peacock Hospitality Inc., d/b/a
Holiday Inn Express-Burnet

## CERTIFICATE OF CONFERENCE

On August 5, 2013, I certify that I spoke with Rachel Leier, Reagan Burrus, PLLC, counsel for Appellees Bipin Patel and Mahadev, LLC, and she advised me that she was not opposed to this Motion and the granting of the request for extension.

/s/ Harvey J. Joseph
Harvey J. Joseph

## CERTIFICATE OF SERVICE

Pursuant to Texas Rule of Appellate Procedure 9.5, on August 6, 2015, a true and correct copy of the above and foregoing was served upon counsel of record for Counsel for Appellees:

Bipin Patel and Mahadev, LLC
Jonathan H. Hull
Rachel A. Leier
REAGAN BURRUS PLLC
401 Main Plaza, Ste. 200
New Braunfels, TX 78130
Via E-mail to jhull@reaganburrus.com
And rleier@reaganburrus.com
And Facsimile to 830-625-4433

/s/ John L. Hubble
John L. Hubble

# EXHIBIT A

_____

# IN THE COURT OF APPEALS
# FOR THE FOURTH DISTRICT OF TEXAS
# AT SAN ANTONIO, TEXAS

_____

## PEACOCK HOSPITALITY, INC., D/B/A HOLIDAY INN EXPRESS-BURNET

### Appellant

## V.

## BIPIN PATEL, and MAHADEV, LLC

### Appellees

_____

## ON APPEAL FROM THE 57TH JUDICIAL DISTRICT COURT
## OF BEXAR COUNTY, TEXAS
## TRIAL COURT CAUSE NO. 2012-CI-20390

### The Honorable Janet Littlejohn Presiding

_____

## AFFIDAVIT OF JOHN L. HUBBLE

_____

THE STATE OF TEXAS    §
                    §
COUNTY OF DALLAS    §

BEFORE ME, the undersigned authority, on this day personally appeared John L. Hubble, known to me to be the person whose name appears below, who upon being duly sworn, deposes and states the following:

1. "That I am over eighteen (18) years of age, and of sound mind; that I have personal knowledge of the matters stated herein and that they are true and correct.

2. "I have served as attorney of record for Appellant in this matter since its inception. In the position of litigation counsel, I have been responsible for the overall conduct of this matter, including the appeal from the trial court's Order granting Appellees' Motion for Summary Judgment.

3. "This Court issued its Memorandum Opinion on July 22, 2015. I was out of the country on July 22, 2015 and did not return to my office until July, 27, 2015 which is when I first saw the Opinion. Beginning August 1, 2015 until August 9, 2015, I will be on vacation with my family in which the air lines tickets have been purchased and the vacation house I have rented has been paid for and is non-refundable.

4. "I am requesting an extension of time to file a motion for rehearing to August 21, 2015.

FURTHER, AFFIANT SAITH NOT."

_____
JOHN L. HUBBLE

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned notary public, by the aforesaid John L. Hubble, on this the 31st day of July 2015, to certify which witness my hand and seal of office.

_____
Notary Public in and for State of Texas

JOY BABIN
Notary Public, State of Texas
My Commission Expires
January 21, 2019

1